GLENDON, Appellant, v. REMINGTON & SHERMAN CO., Respondent. (Supreme Court, Appellate Division, First Department. February 4, 1910.) Action by Thomas Glendon against the Remington & Sherman Company. L. Steckler, for appellant. F. V. Johnson, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.